UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60827-Civ-Cohn/Seltzer

JEFFREY D. BIANCHI,

Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF

By: <u>s/ Donald A. Yarbrough</u>
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

16.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     a declaration that Defendant's calls violate the TCPA;

c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d.     Such other or further relief as the Court deems proper.

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

…532389. This call is not a solicitation. Again the phone number is 1-888-653-2389.

9.      Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

10.      The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

11.      Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place at least 68 telephone calls to Plaintiff, Jeffrey D. Bianchi's cellular telephone.

12.      Plaintiff, Jeffrey D. Bianchi, did not expressly consent to Defendant's placement of telephone calls to his cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

13.      None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

14.      Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

15.      Plaintiff incorporates Paragraphs 1 through 14.

July 15, 2009
This message is for Jeffrey Bianchi.  This is Mary calling with Capital Management Services.  Please contact this office in regards to an important business matter 1-866-201-4972. When returning this call, please use reference number 48542343. This office is open till 11:00 Eastern Standard Time.

July 29, 2009 – Pre-Recorded Message
Jeffrey Bianchi.  Please contact Capital Management Services, regarding an important business matter at 1-800-463-9293. This call is not a solicitation again that phone number is 1-800-463-9293. Thank you.

October 7, 2009 – Pre-Recorded Message
…32389. This call is not a solicitation. Again the phone number is 1-888-653-2389.

October 14, 2009 – Pre-Recorded Message
…532389. This call is not a solicitation. Again the phone number is 1-888-653-2389.

October 31, 2009 – Pre-Recorded Message
…32389. This call is not a solicitation. Again the phone number is 1-888-653-2389.

November 3, 2009
Human Caller: This message contains confidential information intended for Jeffrey Bianchi.
Pre-Recorded Message: Please hang up or disconnect if you are not that party. A three second pause follows to allow that party to listen to this message in private. Please contact Capital Management Services at 1-800-463-9293. This communication is from a debt collector attempting to collect a debt. Any information obtained will be used exclusively for that purpose.

November 9, 2009 – Pre-Recorded Message
…2187 for an important business matter. Thank you and have a great day.

November 20, 2009 – Pre-Recorded Message

3.     Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

4.     Plaintiff, Jeffrey D. Bianchi, is a natural person, and citizen of the State of Florida, who resides in Broward County, Florida.

5.     Defendant, CAPITAL MANAGEMENT SERVICES, L.P., is a limited partnership and citizen of the State of New York with its principal place of business at Suite 700, 726 Exchange Street, Buffalo, New York 14210.

6.     Defendant was acting as a debt collector with respect to the collection of an alleged debt.

## FACTUAL ALLEGATIONS

7.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

8.     Defendant left messages, including but not limited to, the following messages on Plaintiff's, Jeffrey D. Bianchi's, voice mail on his cellular telephone as indicated on or about the dates and stated:

> May 19, 2009
> Jeffrey, its Dominica with Capital Management.  I need you to call me back at 1-800-463-9293.  Please return this call today.

> June 11, 2009
> Hello this message is for Jeffrey Bianchi. My name is Tanya I'm calling from Capital Management Services, calling on behalf of Chase Bank, so you could return my call at 1-800-463-9293, thank you.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60827-Civ-Cohn/Seltzer

JEFFREY D. BIANCHI,

     Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

     Defendant.

_____/

## FIRST AMENDED COMPLAINT[1]
### JURY DEMAND

1.    Plaintiff, Jeffrey D. Bianchi, alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    The Court has diversity jurisdiction under 28 U.S.C. §1332. The citizenship of the parties is diverse. Plaintiff is a citizen of Florida and Defendant is a citizen of New York. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

---

[1] The parties have amicably resolved Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act as contained in the initial Complaint and will file a joint stipulation of dismissal of those two claims within 10 days. Pursuant to Rule 15, Plaintiff notifies the Court that Defendant has consented in writing to this First Amended Complaint.