UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-60827-Civ-Cohn/Seltzer

JEFFREY D. BIANCHI,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Entry of Final Judgment [DE 18] ("Unopposed Motion"). The Court has reviewed the Unopposed Motion and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** as follows:

Plaintiff's Unopposed Motion for Entry of Final Judgment [DE 18] is **GRANTED**. The Court enters Final Judgment in favor of the Plaintiff, Jeffrey D. Bianchi, and against Defendant, Capital Management Services, L.P., with respect to Plaintiff's claims under the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA") in the amount of $35,000.00 together with interest thereon at 0.22% per annum from the date of this Final Judgment, for all of which let execution issue. Further, pursuant to the settlement agreement of the parties, the Court dismisses Plaintiff's claims under the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA") with prejudice, and reserves jurisdiction on the matter of Plaintiff's attorney's fees and costs regarding the FDCPA and FCCPA claims.  The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in the Southern District of Florida this 22nd day of October, 2010.

_____
JAMES I. COHN
United States District Judge

Copies furnished:
Counsel of Record on CM/ECF